FILED BY _____ D.C.

JUN 04 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

①

Greetings Honorable Judge Singhal,

I am Edward D. Walker II, federal inmate #26153-104. In a good faith effort I am making my dissatisfaction with my current federally appointed attorney Jan C. Smith II known in a timely manner. After giving the government time to secure and appoint an attorney to my case # 20-CR-20087-SINGHAL on or about 3.9.2020, and allowing for the obvious and unforseen obstructions, difficulties, concerns and delays covid 19 presented to our great nation as well as florida community specifically. I am corresponding with you to convey, articulate and enumerate my dissatisfaction with my current representation, accept my official notice of complaint concerning the competence, alligence and quality of my federally appointed attorney and my desire to have Jan C. Smith II removed from my case and service. Further I have lost faith in the southern florida defenders offices in both Miami Dade and Broward counties having endured two temporary representatives over three hearings while at the F.D.C. Miami and now attorney Smith while in federal bondage under the care of the BSO's Paul Rein. My case is scheduled to convene July 1st 2020 and commence July 6th 2020, so I know time is of the essence and in light of covid 19's delays and backups in case loads for courts, attorneys and most of all the uncharged men and women still in bondage and unconvicted, I am attempting to avoid any and all allegations of delaying tactics concerning

② 

my defense against the false allegations bought before your Honors court court. In fairness I will submit the following, Attorney smith was assigned to my case on or about 3·9·2020 with an initial calendar call of 3·30·2020 which I do not fault the attorney for, along with facility changes from Browards main jail to Paul REIN delayed initial correspondence. Alas numerous calls were placed to the Ft. Lauderdale federal public defenders office for two weeks preceeding Attorney smith's first phone/vizo contact and the subsequent trickle of discovery that came after. I believe under the time constraints and covid 19 obstacles I've given attorney smith a fair hearing and opportunity to coble together a defense yet he has been found lacking and the defense inadequate and unjustified. I am under no illusions your honor I am defending myself against the full measure of the American legal apparatus i.e. the F.B.I., state and local police and deep pockets and numbers, but it is this truth that drives my scholarship and dedication to my defense, Rights, critique of attorney smith et al and ultimatley my freedom so when I am only given :30 mins consultation one time a week I spend the remaining 167.5 hors studying case Law, reading federal rules of evidence, researching federally applicable motions, rules and common Law that can be applied to my specific case and of course testing

③

I have applied critical reading skills to the aforementioned judicial reviews and treatises and have arrived at this very precipice which compells me to effect change in my situation by setting attorney Jan C. Smith II aside. Allow me to elucidate the reasons for my decision, I asked for a franks hearing because I knew I could meet the 3 prongs required and then some I was rebuffed with the trite excuse, "that would not work on a federal level", and since I was housed in a state facility I was subjected to inmates and information that only applies thereof. again I told him under the rule of completeness the text messages were insufficient for non prejudicial context and needed to be challenged under Brady and complying with opening the door to a topic or conversation I was soundly ignored despite recieving illegible text messages because of size, contrast and color that I made mention of. Attorney Smith also mentioned the prosecution adding a witness and just now "sending discovery previews", this development needs challenging under the Jencks act to track & discover this new witnesses Handling by the FBI and the accompanying FBI 302's & prosecution interview count. There are other developments concerning the new witness & possible charge, the scope of which I shall not disclose here for fear of a court confrontation with prosecution and me possibly tipping my hand so pardon me for my caution.

I have faith in your Honors ability to grant the relief I am seeking, a new attorney, at most co-council status at least, I am prepared to put motions forward and subpeona witnesses or officials who have accused me or have been instrumental in my detention and relevant to my defense, but were thus far denied to me by attorney Smith or Covid 19 or a combination thereof. My defense is sound and my evidence to support it is either seized as evidence, being mailed by family or rests within the governments witnessess action or statements and ultimately it rests on the allegations, artifices and actions perpetrated by local, state and federal officials against me or written and sworn to. I maintain my innocense and am prepared to defend my life, existence, freedom and in doing so defend my family & children specifically against these allegations given competent representation and fair access to discovery.

Thank you in advance for your time and consideration in these matters

truly

Edward D. Walker II

Edward Dwulet # 101000180
BoWL Rein Detention Conium
PO Box 407805
Fort Lauderdale FL. 33340

LEGAL MAIL

This letter originates from Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.

Honorable Raag Singhal
United States District Court
southern District of Florida
299 East Broward Blvd
Ft Lauderdale Fl
33301