UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20087-SINGHAL/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD WALKER,

    Defendant.

_____/

## ORDER

On September 15, 2020, I held a hearing to address Defendant's correspondence to the Court wherein he expresses dissatisfaction with his court-appointed attorney. (ECF No. 32). I learned that Defendant and his counsel, Jan Smith, Esq. have since spoken on a number of occasions about Defendant's concerns. Mr. Walker was clear that he is satisfied with Mr. Smith's counsel and is not requesting a change in representation. To the extent Defendant's correspondence was intended as a motion for substitution of counsel, he has withdrawn that motion. I advised Defendant that all communication with the Court must be done only through his attorney.

DONE AND ORDERED in Miami, Florida this 16th day of September 2020.

                                                _____
                                                CHRIS MCALILEY
                                                UNITED STATES MAGISTRATE JUDGE

Cc: Counsel of Record