FILED BY KS D.C.
Jun 1, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20087-SINGHAL(s)
18 U.S.C. § 1591
18 U.S.C. § 2421
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 2428(a)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

EDWARD WALKER,

        Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking by Force or Coercion
### (18 U.S.C. § 1591)

From on or about January 24, 2020, through on or about January 28, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD WALKER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, ADULT VICTIM , knowing, and in reckless disregard of the fact, that means of force, threats of force, and coercion, and any combination of such means, would be used to cause ADULT VICTIM to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 2.

## COUNT 2
**Sex Trafficking of a Minor by Force or Coercion**
**(18 U.S.C. § 1591)**

From on or about January 24, 2020, through on or about January 28, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD WALKER,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, MINOR VICTIM, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM, that (1) means of force, threats of force, and coercion, and any combination of such means, would be used to cause MINOR VICTIM to engage in a commercial sex act, and (2) MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), (c), and 2.

## COUNT 3
**Transporting a Person to Engage in Sexual Activity**
**(18 U.S.C. § 2421(a))**

From on or about January 24, 2020, through on or about January 28, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD WALKER,**

did knowingly transport an individual, that is, FEMALE 1, in interstate and foreign commerce, with the intent that FEMALE 1 engage in prostitution, and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421(a).

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EDWARD WALKER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d).

3. Upon conviction of a violation of Title 18, United States Code, Section 2421, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 2428(a).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(d), 2428(a), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Sections 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ALEJANDRA L. LOPEZ
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EDWARD WALKER,

_____Defendant._____/

CASE NO. 20-CR-20087-SINGHAL(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)          Yes ____   No  ✓
Number of new defendants       1
Total number of counts         3

**Court Division:** (Select One)
✓ Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  6-9  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days       ____
   II   6 to 10 days      ✓
   III  11 to 20 days     ____
   IV   21 to 60 days     ____
   V    61 days and over  ____

   (Check only one)

   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)  No
   If yes: Judge Raag Singhal                    Case No.  20-CR-20087-SINGHAL
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.                  21-mj-02017-JB
   Related miscellaneous numbers:               state case F20-3283
   Defendant(s) in federal custody as of        January 11, 2021
   Defendant(s) in state custody as of          August 11, 2020
   Rule 20 from the District of                 _____

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No  ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No  ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No  ✓

_____
ALEJANDRA L. LOPEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 37132

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EDWARD WALKER

**Case No:** 20-CR-20087-SINGHAL(s)

Count #: 1

Sex Trafficking by Force or Coercion

Title 18, United States Code, Section 1591(a)(1) and (b)(1), and 2

*__Min./Max. Penalties:__ Minimum of 15 years of imprisonment, and a maximum of life imprisonment

Count #: 2

Sex Trafficking of a Minor by Force or Coercion

Title 18, United States Code, Section 1591(a)(1), (b)(1), (b)(2), (c), and 2

*__Min./Max. Penalties:__ Minimum of 15 years of imprisonment, and a maximum of life imprisonment

Count #: 3

Transporting a Person to Engage in Sexual Activity

Title 18, United States Code, Section 2421(a)

*__Min./Max. Penalties:__ Maximum of 10 years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.