UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20087-SINGHAL

UNITED STATES OF AMERICA

v.

EDWARD WALKER,

    **Defendant.**

_____/

**GOVERNMENT'S NOTICE OF INTENT TO OFFER
CERTIFIED BUSINESS RECORDS AND PUBLIC RECORDS**

This is the Government's notice that it intends, pursuant to Federal Rules of Evidence 902(1), 902(4), and 902(11) and Title 18, United States Code, Section 3505, to offer into evidence at trial, either in its case in chief or in rebuttal, the certified business records of the following listed entities:

    a) AT&T, Inc.;
    b) Bureau of Prisons;
    c) Choice Hotels, Inc.;
    d) Comcast, Inc.;
    e) Cricket Wireless, Inc.,
    f) Delta Airlines, Inc.,
    g) Facebook, Inc. (Facebook, Instagram);
    h) Google, LLC (Google, Gmail);
    i) Megapersonals.com;
    j) Pinger, Inc.;
    k) Skipthegames.com;
    l) State of Connecticut, Bureau of Public Health;
    m) T-Mobile USA, Inc.,
    n) The Meet Group, Inc. (MeetMe, Tagged, Skout);
    o) TextNow, Inc.,
    p) Wyndham Hotel Group, Inc.,
    q) Verizon Wireless, Inc. (Sprint, Verizon); and
    r) Yahoo, Inc.

Please note that the introduction of some of the certified business records are subject to the

Court's ruling on motions previously filed by the parties.

All the above-listed records have been provided to defense counsel in discovery prior to this filing, in the United States' First, Second, Third, Fourth, and Fifth Responses to the Standing Discovery Order (ECF Nos. 22, 29, 33, 34, 42).

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 N.E. 4th Street, 5th Floor
Miami, FL 33132-2111
Telephone: (305) 961-9241
Alejandra.Lopez@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and the same was served upon counsel of record for the Defendant, AFPD Jan C. Smith, using CM/ECF and by email to jan_smith@fd.org.

*s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney