**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>20-CR-20087-SINGHAL</u>**

**UNITED STATES OF AMERICA,**

**vs.**

**EDWARD WALKER,**

    **Defendant.**

_____/

**<u>UNITED STATES' THIRD SPEEDY TRIAL REPORT</u>**

   The United States hereby files this Speedy Trial Report pursuant to Local Rule 88.5 and the Court's July 15, 2021 and September 7, 2021 Orders Granting Continuance and Pretrial Instructions, (ECF Nos. 62, 63, 74), regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 et seq. The United States submits that as of this writing, post-indictment, 32 non-excludable days have elapsed pursuant to the Speedy Trial Act. The calculations contained herein are based on the date on which the defendant was indicted, which occurred on February 14, 2020.

| | |
|---|---|
| Date of defendant's initial appearance on Criminal Complaint: | February 4, 2020 |
| Total number of days elapsed from Complaint to Indictment | 10 |
| Date of Indictment | February 14, 2020 |
| Date of defendant's arraignment on the indictment: | February 18, 2020 |
| Total number of days elapsed as of the date of this report: | 578 |
| Number of days excluded from computation as a result of pre-trial motions: | 0 |

Number of days excluded from computation as a result of a continuance
   or administrative orders pursuant to the CARES Act:       546[1] [2]

Number of days excluded from computation as a result of agreement/statute:   0

Total number of days excluded from speedy trial computation:   546

Non-excludable speedy trial days elapsed as of the date of this Report:   32

Last date upon which the defendant can be tried:   November 26, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:   /s/ *Alejandra L. López*
      Alejandra L. López
      Assistant United States Attorney
      Florida Bar No. 37132
      99 N. E. 4th Street, 5th Floor
      Miami, Florida    33132-2111
      Telephone: (305) 961-9241
      Email: Alejandra.Lopez@usdoj.gov

---

[1] Four continuances were granted by the Court after requests by the Government (ECF No 26, 27) or the Defendant (ECF Nos. 30, 31, 61, 62, 63, 73, 74). Others were entered by the Court *sua sponte* (ECF Nos. 35, 36, 43, 44, 45, 48). All these continuances were done in accordance with the Administrative Orders of the Court concerning jury trials due to the COVID-19 pandemic, which also tolled time under the Speedy Trial Act and the CARES Act. *See* S.D. Fla. Admin. Ords. 2020-18, 2020-21, 2020-24, 2020-33, 2020-41, 2020-53, 2020-76, 2021-12, 2021-33, 2021-50, 2021-65.

[2] Some of the time excluded under the Speedy Trial Act in the Orders, *supra*, issued by the Court, either upon motion by the parties or *sua sponte*, overlap. Without double counting days which overlap in the Orders, the total time as of the filing of this Report excluded under the Speedy Trial Act is 546 days. The Court's September 7, 2021 has also excluded time under the Speedy Trial Act until October 25, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and counsel for the Defendant, AFPD Jan Smith, via CM/ECF.

/s/ *Alejandra L. López*
Alejandra López
Assistant United States Attorney

3