UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20087-CR-SINGHAL (COHN)

UNITED STATES OF AMERICA,

v.

EDWARD WALKER,

    Defendant.
_____/

## VERDICT

(1)    We, the Jury, unanimously find the Defendant, **Edward Walker**, as to Count 1 of the Indictment:

GUILTY ✓

NOT GUILTY _____

(2)    We, the Jury, unanimously find the Defendant, **Edward Walker**, as to Count 2 of the Indictment:

GUILTY ✓

NOT GUILTY _____

If you found the Defendant guilty as charged in Count 2, which of the following facts did you unanimously find the Defendant, **Edward Walker**, knew or recklessly disregarded?

    (a) that means of force, threats of force, coercion, or any combination of such means would be used to cause INDIVIDUAL-A.H. to engage in a commercial sex act?

    ✓ Yes    _____ No

    (b) that INDIVIDUAL-A.H. had not attained the age of 18 years and would be caused to engage in a commercial sex act?

    ✓ Yes    _____ No

(3)     We, the Jury, unanimously find the Defendant, **Edward Walker**, as to Count 3 of the Indictment:

GUILTY __✓__

NOT GUILTY _____

**SO SAY WE ALL.**

_____           October 20, 2021
        FOREPERSON                          DATE


_____
FOREPERSON (print name)